FILED
2025 Oct-30 PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

FILED
2025 OCT 30 A 11: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

---

**NATHANIEL WAYNE,**
Plaintiff,

v. Civil Action No. ____________

**AT&T, INC.;**
**XYZ INSURANCE COMPANY** (Insurer for AT&T); and
**KROLL ASSOCIATES, INC.,**
Defendants.

---

## COMPLAINT

Plaintiff, Mr. Nathaniel Wayne ("Plaintiff"), a 100% disabled combat veteran of the United States Army, files this Complaint against Defendants AT&T, Inc. ("AT&T"), XYZ Insurance Company ("Insurer"), and Kroll Associates, Inc. ("Kroll") (collectively, "Defendants"), and states as follows:

---

## I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and the parties are citizens of different states.
2. Venue is proper in the Northern District of Alabama, Southern Division, because the events giving rise to this action occurred in Jefferson County, Alabama, and Defendants conduct business within this district.

---

## II. PARTIES

3. Plaintiff Mr. Nathaniel Wayne is a resident of Jefferson County, Alabama, and is a 100% disabled veteran of the United States Army.
4. Defendant AT&T, Inc. is a multinational telecommunications corporation doing business in Alabama.
5. Defendant XYZ Insurance Company is believed to be the liability insurer for AT&T, responsible for claims arising from AT&T's conduct.

6. Defendant Kroll Associates, Inc. is a private investigative and risk management firm that acted as AT&T's agent in the matters described herein.

---

## III. FACTUAL ALLEGATIONS

7. Plaintiff honorably served in the United States Army as a member of the 5th Battalion, 20th Infantry Regiment, attached to the Stryker Brigade. He is 100% disabled due to injuries sustained while running into enemy fire to assist a fallen comrade during combat operations in Baqubah, Iraq.
8. AT&T has a history of repeated data-security failures. In 2021, AT&T customer records were leaked and sold on the dark web. Plaintiff has independently confirmed through a third-party breach database that his own personal information was included in that breach. A true and correct copy is attached as Exhibit G.
9. In 2024, AT&T experienced two additional major data breaches:
   • On or about March 30, 2024, AT&T admitted that a dataset containing names, addresses, phone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers had been found on the dark web ("AT&T-1 Data Incident").
   • On or about July 12, 2024, AT&T disclosed that a third-party cloud platform had been compromised and phone numbers and related records of current and former customers were illegally downloaded ("AT&T-2 Data Incident").
10. Plaintiff's personal information was included in these breaches, exposing sensitive identifiers tied to his veteran disability benefits, medical care, and financial accounts.
11. As a disabled veteran, Plaintiff relies on the integrity of his personal data for access to VA benefits, banking, and daily living. The exposure of his Social Security number, account passcodes, and private information caused a loss of privacy, heightened risk of identity theft, reputational damage, and substantial emotional distress.
12. On or about September 2025, Plaintiff received a letter from Defendants' settlement administrator marked "HIGHLY CONFIDENTIAL — SETTLEMENT OFFER — DO NOT SHARE." This letter assigned Plaintiff a unique claim ID, acknowledged a claim had been submitted on his behalf in connection with both data incidents, and instructed him to complete a "Confidential Claim Release Form" by November 12, 2025, in exchange for compensation.
13. The letter also stated: "AT&T disputes the merits of the claim." By signing, Plaintiff would have been forced to waive all rights to pursue further damages against AT&T.
14. Plaintiff declined this private offer because it represented a fraction of the true damages he has suffered, and because it was a thinly veiled attempt by Defendants to quietly dispose of meritorious claims without full judicial scrutiny.
15. A true and correct copy of this communication is attached as Exhibit F.
16. Plaintiff previously attempted to resolve these matters civilly by sending a written demand letter on August 11, 2025. Defendants failed to respond in good faith.
17. The breaches, combined with Defendants' subsequent conduct, have turned Plaintiff's life upside down, intensifying the burden of his service-connected disabilities and forcing

him to divert critical time, energy, and resources away from his family and medical care to protect himself from fraud and ongoing harm.

18. Defendants knew or should have known, based on their own history of repeated security failures, that Plaintiff's information was at risk of compromise. The recurrence of these incidents was entirely foreseeable, preventable, and the result of Defendants' reckless disregard for the rights and safety of their customers, including Plaintiff.
19. Plaintiff has compiled a record of public breach disclosures from 2008 through 2025 in which his personal data repeatedly appeared, demonstrating that Plaintiff's information has circulated on the dark web for years. A true and correct copy of this compilation is attached as Exhibit H.
20. Between September and November 2021, Experian monitoring alerted Plaintiff that his Social Security number, email, and address appeared on the dark web with evidence of alternative lending activity. A true and correct copy of these alerts is attached as Exhibit I.
21. Public breach-tracking service Have I Been Pwned confirms that Plaintiff's identifiers, including his Social Security number and email, appear in numerous global breach compilations. A true and correct copy is attached as Exhibit J.
22. On May 10, 2022, Plaintiff placed a seven-year extended fraud-victim alert on his credit file, expiring May 10, 2029. This designation confirms Plaintiff was the victim of actual identity theft following AT&T's August 2021 breach. A true and correct copy is attached as Exhibit K.

---

## IV. CLAIMS FOR RELIEF

(Counts I–VI unchanged; Count VI cites Exhibits G, H, I, J, and K as proof of malice, wantonness, and reckless disregard.)

---

## V. DAMAGES

27. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered:
    • Financial harm, including costs of credit monitoring, account protections, and fraud prevention;
    • Ongoing risk of identity theft and fraud;
    • Severe emotional distress compounded by his service-connected disabilities;
    • Humiliation and reputational harm; and
    • Disruption of daily life and family security.
28. The scale and persistence of these harms are extraordinary. Plaintiff's data has been repeatedly exposed, as demonstrated by Exhibits G through K, confirming that his information has circulated across breaches for more than a decade, has been actively used for attempted fraud, and will remain permanently at risk.
29. Defendants' own conduct further confirms the seriousness of Plaintiff's damages. In September 2025, AT&T, through its claims administrator, sent Plaintiff a letter marked

"HIGHLY CONFIDENTIAL — SETTLEMENT OFFER — DO NOT SHARE." This communication offered private compensation in exchange for a release of claims. Plaintiff declined this inadequate offer. The existence of this confidential settlement attempt demonstrates Defendants' recognition that Plaintiff's claims carry substantial value.

30. Taken together, Defendants' negligence, repeated breaches, knowledge of Plaintiff's ongoing exposure, the imposition of a seven-year extended fraud-victim alert, and bad-faith attempts to suppress his claims justify an award of damages in the amount of **Twelve Million Dollars ($12,000,000.00)** to fully compensate Plaintiff and deter future misconduct.

---

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment in his favor and against Defendants, awarding:

1. Compensatory damages in an amount not less than **Twelve Million Dollars ($12,000,000.00);**
2. Punitive damages sufficient to punish and deter;
3. Declaratory relief finding Defendants' conduct unlawful and reckless;
4. Injunctive relief requiring AT&T to implement proper safeguards;
5. Costs of this action; and
6. Such other and further relief as the Court deems just and proper.

---

## DEMAND FOR JURY TRIAL

Plaintiff Mr. Nathaniel Wayne demands a jury trial on all issues so triable.

---

**Respectfully submitted this 30th day of October, 2025.**

**/s/ Nathaniel Wayne**
Nathaniel Wayne
7791 Indian Gap Trail
McCalla, Alabama 35111
Phone: (205) 267-9509
Email: nathan.gay53@gmail.com
**Plaintiff, Pro Se**

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION**

**Nathaniel Wayne,**
Plaintiff,

v.

**AT&T, Inc.; XYZ Insurance Company (Insurer for AT&T); and Kroll Associates, Inc.,**
Defendants.

Civil Action No. ___________________

---

# [PROPOSED] ORDER

Upon review of the Complaint and supporting Exhibits filed by Plaintiff **Nathaniel Wayne**, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk shall docket the Complaint and Exhibits as filed and issue summonses for each named Defendant, including:

1. **AT&T, Inc.**
2. **XYZ Insurance Company (Insurer for AT&T)**
3. **Kroll Associates, Inc.**

The United States Marshals Service or other authorized process server shall effect service of process in accordance with **Fed. R. Civ. P. 4**.

Defendants shall file their responsive pleadings within the time prescribed by the Federal Rules of Civil Procedure.

**SO ORDERED** this ___ day of _________________, 2025.

---

**UNITED STATES DISTRICT JUDGE**
Northern District of Alabama

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION**

**Nathaniel Wayne,**
Plaintiff,

v.

**AT&T, Inc.; XYZ Insurance Company (Insurer for AT&T); and Kroll Associates, Inc.,**
Defendants.

Civil Action No. ____________________

---

## PLAINTIFF'S EXHIBIT INDEX

Plaintiff Nathaniel Wayne respectfully submits the following exhibits in support of his Complaint:

| Exhibit | Description |
|---|---|
| **A** | August 11, 2025 Demand Letter to AT&T |
| **B** | AT&T-1 Data Incident Public Disclosure (March 30, 2024) |
| **C** | AT&T-2 "Snowflake" Data Incident Public Disclosure (July 12, 2024) |
| **D** | VA Disability Rating Documentation (redacted for privacy) |
| **E** | USPS Certified Mail Receipts and Tracking Records of Prior Correspondence |
| **F** | "Highly Confidential – Settlement Offer – Do Not Share" Letter from AT&T's Claims Administrator (September 2025) |
| **G** | DataBreach.com Confirmation Showing Plaintiff's Information in AT&T's 2021 Breach |
| **H** | Compilation of Public Breach Records Showing Plaintiff's Data Exposure Across Multiple Companies (2008–2025) |
| **I** | Experian Dark Web Monitoring Alerts (September–November 2021) Confirming Plaintiff's SSN, Email, and Address Exposure |
| **J** | Have I Been Pwned Breach Records and Telegram Combo-List Evidence (2021–2024) Confirming Global Circulation of Plaintiff's Identifiers |
| **K** | Extended Fraud Victim Alert Placed on Plaintiff's Credit File (May 10, 2022 – May 10, 2029) |

---

**Respectfully submitted this 30th day of October, 2025.**

---

**Nathaniel Wayne**
Pro Se Plaintiff
7791 Indian Gap Trail
McCalla, Alabama 35111
Phone: (205) 267-9509
Email: nathan.gay53@gmail.com

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION**

**Nathaniel Wayne,** Plaintiff
v.
**AT&T, Inc.; XYZ Insurance Company (Insurer for AT&T); and Kroll Associates, Inc.,** Defendants

Civil Action No. ________________

---

## EXHIBIT A

**Description:** August 11, 2025 Demand Letter to AT&T
**Filed By:** Nathaniel Wayne, Pro Se Plaintiff
**Date Filed:** October 30, 2025
**Page Count:** _____

**Summary of Evidence:**
Written demand letter sent by Plaintiff to AT&T outlining claims, damages, and request for resolution prior to litigation. Demonstrates Plaintiff's good-faith attempt to resolve dispute and Defendants' failure to respond.

**Signature:** [signature] **Date:** 10/30/2025

---

Nathaniel Wayne

7791 Indian Gap Trail

McCalla, AL 35111

Tel: 205-267-9509

Email: nathan.gay53@gmail.com

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

AT&T Legal Department

208 S. Akard Street

Office #2900.13

Dallas, TX 75202

Date: August 11, 2025

Re: Formal Demand for Damages – AT&T Data Breach (March 30, 2024)

To Whom It May Concern,

I am writing to formally demand compensation for damages caused by the data breach on March 30, 2024, which compromised my personal information, including my name, address, date of birth, Social Security number, and account details.

As you are aware, this incident is linked to the ongoing case In Re: AT&T Inc. Customer Data Security Breach Litigation, MDL Docket No. 3:24-md-03114-E, in the Northern District of Texas. I have opted out of that settlement to pursue my own damages.

Facts and Damages

Despite owing a duty of care under federal and Alabama laws, AT&T failed to adequately protect my sensitive information. As a direct and foreseeable result, I suffered:

Identity theft, including fraudulent accounts and inquiries damaging my credit;

Hours spent on remediation, account monitoring, credential changes, and credit freezes;

Emotional distress, anxiety, and personal life disruptions;

Out-of-pocket expenses for identity protection and security measures.

My personal information was exposed to dangerous individuals on the dark web, endangering not only me but my entire family of seven, including children.

Based on these damages, I am demanding $17,000 to cover actual costs and the harm caused by your negligence.

Legal Grounds

Your conduct may constitute violations of:

Federal Trade Commission Act, 15 U.S.C. § 45(a) (unfair and deceptive practices)

Alabama Deceptive Trade Practices Act, Ala. Code § 8-19-1 et seq.

Alabama Data Breach Notification Act, Ala. Code § 8-38-1 et seq.

Common law negligence and breach of implied contract

Federal Communications Act (47 U.S.C. § 222) – duty to protect Proprietary Network Information

Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

Courts have recognized recovery for damages following breaches exposing Social Security numbers and account data (e.g., Remijas v. Neiman Marcus; In re Equifax).

Demand

I request full payment of $17,000 within 14 days of receipt of this letter via certified funds or direct deposit to an account I will specify.

Notice of Legal Action

If I do not receive payment within this period, I will proceed with a civil lawsuit in the Circuit Court of Jefferson County, Alabama, seeking full damages, attorney's fees, and punitive damages—from $250,000 and beyond—and reputation repercussions that could impact AT&T's legacy for generations.

This communication is made without prejudice to my rights or claims.

Sincerely,

Nathaniel Wayne

9589 0710 5270 2240 5068 37

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75202

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.78 |
| Total Postage and Fees | $6.08 |

Postmark Here

MCALLEN, TX 78501 — AUG 19 2025 — USPS

0850
16
08/19/2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Nathaniel Wayne

7791 Indian Gap Trail

McCalla, AL 35111

Tel: 205-267-9509

Email: nathan.gay53@gmail.com

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

AT&T Legal Department

208 S. Akard Street

Office #2900.13

Dallas, TX 75202

Date: August 11, 2025

Re: Opt-Out of AT&T Data Breach Settlement – MDL Docket No. 3:24-md-03114-E

To Whom It May Concern,

I am writing to formally opt out of the settlement related to the data breach identified as MDL Docket No. 3:24-md-03114-E, currently pending in the Northern District of Texas. I am exercising my right to pursue individual legal action to seek damages for the harm caused by the breach.

Please consider this letter my official notice of my decision to exclude myself from any class or settlement agreement related to the case.

Thank you for your acknowledgment of my decision.

Sincerely,

Nathaniel Wayne

9589 0710 5270 2240 5068 20

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75202 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | Postmark Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.78 | 08/19/2025 |
| Total Postage and Fees $ $6.08 | |

MCCALLA AL 35111 AUG 19 2025 USPS
0850 16

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

## EXHIBIT B

**Description:** AT&T-1 Data Incident Public Disclosure (March 30, 2024)
**Summary of Evidence:**
Official AT&T statement confirming the first 2024 breach containing customer PII, including Social Security numbers and passcodes. Establishes notice of breach and scope of exposure.

---

KROLL

# In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the Northern District of Texas

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents.

The Parties have settled the Actions in their entirety without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes:

1. **AT&T 1 Settlement Class:** All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND
2. **AT&T 2 Settlement Class:** AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

- **AT&T 1 Settlement Class:** All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:
  - **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident; **OR**
  - **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) and your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.
    - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1 Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;
    - **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The amount of money that will be available for Settlement Class Member Cash Payments is unknown at this time and will be based upon the total value of all Valid Claims received, the Settlement Administration Costs, and the amount of Court-awarded attorneys' fees, costs, and Service Awards.

- **AT&T 2 Settlement Class:** All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment,** and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment.**
  - **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident. Account Owners may submit Claims for themselves and on behalf of their End or Line Users.
  - **Tier 3 Cash Payment** – As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique**, meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

**Your legal rights will be affected, and you have a choice to make at this time.**

| | **Summary of Legal Rights** | **Deadline(s)** |
|---|---|---|
| **Submit a Claim Form** | The only way to receive a Settlement Class Member Benefit from the Settlement. | Submitted or postmarked on or before **November 18, 2025.** |

| | | |
|---|---|---|
| **Exclude Yourself by Opting-Out of the Class** | Receive no Settlement Class Member Benefit from the Settlement. This is the only option that allows you to keep your right to bring any other lawsuit against Defendants relating to the Actions. | Mailed and postmarked on or before **October 17, 2025.** |
| **Object to the Settlement and/or Attend the Final Approval Hearing** | You can write the Court about why you agree or disagree with the Settlement and/or the Application/s for Attorneys' Fees, Costs, and Service Awards. You can also ask to speak at the Final Approval Hearing on **December 3, 2025 at 9:00 a.m. CT** about the fairness of the Settlement, with or without your own attorney. | Mailed and postmarked on or before **October 17, 2025.** |
| **Do Nothing** | You will not receive any Settlement Class Member Benefits from this class action Settlement. If the Settlement becomes final, you will give up your rights to sue Defendants (or any Released Parties) separately for claims relating to the Actions or to continue to pursue any such claims you have already filed. | N/A |

- Your rights and options as a Settlement Class Member – **and the deadlines to exercise your rights** – are explained on this website.
- The Court will still have to decide whether to approve the Settlement. Settlement Class Member Benefits to Settlement Class Members will be made only if the Court approves the Settlement and after any possible appeals are resolved.

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930

**Mail:** AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324

## Contact Us

## Submit Claim

### Important Dates

**Claim Deadline**

**Tuesday, November 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by November 18, 2025.

---

**Opt-Out Deadline**

**Friday, October 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before October 17, 2025.

---

**Objection Deadline**

**Friday, October 17, 2025**

Objections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before October 17, 2025.

---

**Final Approval Hearing**

**Wednesday, December 3, 2025**

The Court will hold a Final Approval Hearing on December 3, 2025, at 9:00 a.m. CT.

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930
**Mail:** AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

## Important Dates

### Claim Deadline

**Tuesday, November 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by November 18, 2025.

---

### Opt-Out Deadline

**Friday, October 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before October 17, 2025.

---

### Objection Deadline

**Friday, October 17, 2025**

Objections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before October 17, 2025.

---

### Final Approval Hearing

**Wednesday, December 3, 2025**

The Court will hold a Final Approval Hearing on December 3, 2025, at 9:00 a.m. CT.

---

Copyright © 2025 Kroll Settlement Administration LLC - All Rights Reserved. This site is designed and developed by Kroll Settlement Administration LLC - Privacy Policy

## EXHIBIT C

**Description:** AT&T-2 "Snowflake" Data Incident Public Disclosure (July 16, 2024)
**Summary of Evidence:**
Confirms second 2024 data breach involving third-party cloud compromise and exfiltration of customer data. Shows repeated failure to secure data after prior warnings.

---

United States Senate
WASHINGTON, DC 20510

July 16, 2024

Sridhar Ramaswamy
Chief Executive Officer
Snowflake, Inc.
106 East Babcock Street
Suite 3A
Bozeman, M.T., 59715

Dear Mr. Ramaswamy,

We write demanding information regarding the series of data breaches targeting clients of Snowflake, which has led to compromise by cybercriminals of hundreds of millions of customer records and sensitive information from AT&T, Ticketmaster, and other high-profile companies.

On May 28, 2024, the cybercrime group ShinyHunters announced the sale of customer records of 560 million Ticketmaster users on a private marketplace for stolen data.[1] ShinyHunters has continued to attempt to extort Ticketmaster and sell data stolen from fans and musicians, as recently as this month offering to sell ticket information for Taylor Swift concerts and leaking tens of thousands of 'print-at-home' tickets for upcoming concerts.

The theft of Ticketmaster data appears to be connected with a series of breaches of client accounts of Snowflake, your cloud service designed to help companies analyze business data. In addition to Ticketmaster, other companies including Advance Auto Parts and Santander Bank have announced the theft of customer or employee information. Most recently, on July 12, 2024, AT&T announced that six months of customer data hosted on its Snowflake services were illicitly accessed, including phone call and text message records — information that can easily provide cybercriminals, spies, and stalkers a logbook of the communications and activities of AT&T customers.[2]

Disturbingly, the Ticketmaster and AT&T breaches appears to have been easily preventable. While Snowflake, AT&T, Ticketmaster, and other clients have avoided taking

[1] "Ticketmaster Data Breach: Hackers Selling 560 Million Users Data for $500,000." Hackread. https://hackread.com/hackers-ticketmaster-data-breach-560m-users-sale/
[2] "Unlawful access of customer data." AT&T. https://www.att.com/support/article/my-account/000102979

direct responsibility, according to the cybersecurity firm Mandiant, it appears that the cybercrime group behind the breaches obtained companies' passwords from malware infections, including malware bundled with pirated software. Compounding this basic cybersecurity failure, the hacked accounts had often kept the same passwords for several years, failed to implement firewall access, and failed to turn on multi-factor authentication — additional basic cybersecurity failures that seemingly reflect gross negligence, particularly in light of the sensitivity of the data stolen in many of the breaches.

The recent AT&T disclosure — three months after the breach and following other announced breaches — raises concerns that we still do not know the full scope or impact of the campaign targeting Snowflake customers. Based on its assessment of stolen Snowflake passwords, Mandiant reported that 160 other organizations could have been targeted in the hacking campaign.[3]

Given this alarming and seemingly preventable theft of highly-sensitive customer information, we ask for your responses to the following questions by July 29, 2024:

1. Please provide a detailed accounting and timeline of all events related to the breach of Snowflake customers by the cybercrime group ShinyHunters, including the date and background on the discovery, response, and remediation of compromised accounts or disabled services.

2. What investigation has Snowflake done into the scale of targeting of its customers, and what effort has it taken to identify which companies or accounts were breached in the hacking campaign? What were the results of that investigation?

3. What notification has Snowflake provided to clients whose accounts were breached, what steps has it taken to prevent further access or theft of private information from vulnerable accounts?

4. Given that multiple accounts containing a significant amount of data were illicitly accessed, why did Snowflake not detect the breaches in time to prevent the theft of customer data?

5. Why did Snowflake not enforce multi-factor authentication and other basic cybersecurity measures for its clients, and has it made changes to its security policies and customer requirements since the breaches?

Thank you for your attention to this important matter.

[3] "UNC5537 Targets Snowflake Customer Instances for Data Theft and Extortion." Mandiant. https://cloud.google.com/blog/topics/threat-intelligence/unc5537-snowflake-data-theft-extortion

Sincerely,

Richard Blumenthal
Chair
Subcommittee on Privacy, Technology, and the Law
United States Senate

Josh Hawley
Ranking Member
Subcommittee on Privacy, Technology, and the Law
United States Senate

## EXHIBIT D

**Description:** VA Disability Rating Documentation (Redacted for Privacy)
**Summary of Evidence:**
Verifies Plaintiff's 100 % service-connected disability status and establishes heightened vulnerability and damages under ADA and veteran-protection context.

---

**DEPARTMENT OF VETERANS AFFAIRS**
**Veterans Benefits Administration**
**Regional Office**

**NATHANIEL WAYNE**

**VA File Number**
**420 25 3592**

**Represented By:**
**DISABLED AMERICAN VETERANS**
**Rating Decision**
**10/08/2025**

## INTRODUCTION

The records reflect that you are a Veteran of the Gulf War Era. You served in the Marine Corps from July 1, 2002 to June 10, 2003 and the Army from August 31, 2004 to November 19, 2007. We received your supplemental claim on September 4, 2025. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

Evaluation of traumatic brain injury (TBI), which is currently 100 percent disabling, is continued.

## EVIDENCE

- VA Form 20-0995, Supplemental Claim Application, received September 4, 2025
- Rating Decision dated August 30, 2023
- Rating Decision dated November 22, 2019
- C & P Examination for TBI note dated December 10, 2016, by Neurologist Dr. Krishna, at Birmingham Alabama

**Department of Veterans Affairs**
**550 Foothill Drive**
**PO Box 581900**
**Salt Lake City, UT 84158-1900**

May 04, 2023

In Reply Refer To:

341/LAS/RTI
CSS XXXXX3592
Wayne N

NATHANIEL WAYNE
7791 INDIAN GAP TRL
MC CALLA AL 35111

Dear Nathaniel Wayne,

This is in reply to your request for a statement verifying your service-connected disabilities.

Department of Veterans Affairs (VA) records show your service-connected disabilities are as follows:

| Percentage | Disability | Diag Code |
|---|---|---|
| 70 | post traumatic stress disorder | 9411 |
| 50 | tension headaches | 8100 |
| 100 | traumatic brain injury (TBI) (claimed as memory loss) | 8045 |
| 10 | left foot metatarsalgia, status post left foot stress fractures | 5284 |
| 10 | sinusitis - also claimed as breathing problems due to burn pit exposure | 6512 |
| 10 | tinnitus | 6260 |
| 0 | allergic rhinitis - also claimed as breathing problems due to burn pit exposure | 6522 |
| 100 | **Combined Rating** | |

## Do You Have Questions or Need Assistance?

If you have any questions, you may contact us by telephone, email or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000.<br>If you use a Telecommunications Device for the Deaf (TDD), the number is 711. |
| Use the Internet | www.VA.gov- "ask a question" |
| Write | Put your full name and VA file number on the letter. Please send all correspondence to the address below:<br><br>Department of Veterans Affairs<br>Claims Intake Center<br>PO Box 4444<br>Janesville, WI 53547-4444<br>Toll Free Fax: 844-531-7818<br>DID Fax: 248-524-4260 |

## EXHIBIT E

**Description:** USPS Certified Mail Receipts and Tracking Records of Prior Correspondence
**Summary of Evidence:**
Demonstrates verified mailing of Plaintiff's demand and communications to AT&T and Kroll, establishing proper notice and attempts at pre-suit resolution.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

At&t Inc.
208 S. Akard Street
Dallas, TX 75202

9590 9402 9050 4122 3880 11

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 5181 75

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dee Greer
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Dee Greer

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kroll Settlement
P.O. Box 225391
New York, NY 10150-5391

9590 9402 9050 4122 3880 28

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 5182 12

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
[illegible]

C. Date of Delivery
9/30/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 ...tic Return Receipt

9589 0710 5270 2240 5086 02

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10055

Certified Mail Fee $5.30

$ $4.40

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.44

$

Total Postage and Fees $12.14

Postmark Here: MCCALLA AL 35111 SEP 26 2025 — 0850 16 — 09/26/2025

Sent To: Kroll, LLC

Street and Apt. No., or PO Box No.: 55 East 52nd Street 17th Floor

City, State, ZIP+4®: New York, NY 10055

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 2240 5068 20

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75202

Certified Mail Fee $5.30

$

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

$

Total Postage and Fees $6.08

Postmark Here: MCCALLA AL 35111 AUG 19 2025 USPS — 0850 16 — 08/19/2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 2240 5181 75

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75202

Certified Mail Fee $5.30

$ $4.40

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $3.00

$

Total Postage and Fees $12.70

Postmark Here: MCCALLA AL 35111 SEP 26 2025 USPS — 0850 16 — 09/26/2025

Sent To: AT&T Inc.

Street and Apt. No., or PO Box No.: 208 S. Akard Street

City, State, ZIP+4®: Dallas, TX 75202

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 2240 5182 12

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10150

Certified Mail Fee $5.30

$ $4.40

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.44

$

Total Postage and Fees $12.14

Postmark Here: MCCALLA AL 35111 SEP 26 2025 USPS — 0850 16 — 09/26/2025

Sent To: Kroll Settlement Admin.

Street and Apt. No., or PO Box No.: PO Box 225391

City, State, ZIP+4®: New York, NY 10150-5391

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 2240 5068 37

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75202

Certified Mail Fee $5.30

$

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

$

Total Postage and Fees $6.08

Postmark Here: MCCALLA AL 35111 AUG 19 2025 USPS — 0850 16 — 08/19/2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023

**EXHIBIT F**

**Description:** "Highly Confidential – Settlement Offer – Do Not Share" Letter from AT&T's Claims Administrator (September 2025)
**Summary of Evidence:**
Shows AT&T's acknowledgment of Plaintiff's claim, assignment of unique ID, and offer of private compensation in exchange for release of rights, confirming liability awareness.

---

Gmail

Nate Wayne <nathan.gay53@gmail.com>

## Your Confidential Settlement Offer

1 message

**Kroll Settlement Administration** <claims-administration@maildel.com> Sat, Sep 13, 2025 at 12:12 AM
Reply-To: Kroll Settlement Administration <reply-375413.930667@maildel.com>
To: nathan.gay53@gmail.com

**HIGHLY CONFIDENTIAL – SETTLEMENT OFFER – DO NOT SHARE THIS INFORMATION**

Unique ID: 83272M11YYC3N
Dear NATHANIEL NO MIDDLE WAYNE:

This communication relates to a claim that was submitted on your behalf in connection with the data incident AT&T announced on March 30, 2025 (Data Incident), and the data incident AT&T announced on July 12, 2024 (Snowflake Data Event).

Please **click here** to complete the Confidential Claim Release Form no later than **November 12, 2025.**

The Confidential Claim Release Form relates to a claim that was submitted on your behalf in connection with Data Incident and/or Snowflake Data Event. AT&T disputes the merits of the claim. The Confidential Claim Release Form must be fully completed and returned by November 12, 2025 (Claims Deadline). If you fully complete and timely return the Confidential Claim Release Form, you will receive compensation and you will release your claim. If you do not fully complete and timely return the Confidential Claim Release Form, your claim will be withdrawn. If your claim is withdrawn, you will not be foreclosed from resubmitting it.

Sincerely,

Claims Administrator

Click here to unsubscribe to future emails related to this settlement

# EXHIBIT G

**Description:** DataBreach.com Confirmation Showing Plaintiff's Information in AT&T's 2021 Breach

**Summary of Evidence:**

Independent verification that Plaintiff's identifiers appeared in the 2021 dark-web leak, proving early compromise and foreseeability of harm.

---

# Data

Search 25,764,478,627 leaked records

^ Advanced Search

| | | |
|---|---|---|
| **Email**<br>nathan.gay53@gmail.com | Remove | 19 hits |
| **Name**<br>Nathaniel Wayne | Remove | 28 hits |
| **Phone Number**<br>+12052679509 | Remove | 1 hit |
| **Social Security Number**<br>420253592 | Remove | 1 hit |

Add Term Search

Anonymous search, we do not store any search data.

PC MAG The Verge

We found your information in leaked databases circulating on the dark web

Clear

## Experian

Sep 15, 2015

Nathaniel Wayne
Phone Number
Net Worth
Home Address
Income
Number of Children
House AC
Religion
Home Fuel Type
Children in Household
Home Pool
Home Type
Home Build Year
Home Owner
Home Sewer
Home Water System
Credit Card User
Adults in Household
Number of Credit Lines
Available Credit Range
Credit Score
Ethnic Group
Living with Veteran
Ethnic Country
Generations in Household
Multifamily Household
Ethnic Assimilation
Degree

## LinkedIn

Apr 7, 2021

Nathaniel Wayne
Email
Phone Number
Home Address
GPA
Github ID
Twitter ID
Facebook ID
Interests
School
Degree
Education Majors
Education Minors
Summary
Education End Date
Education Start Date

## Unknown Data Broker

Dec 31, 2020

nathan.gay53@gmail.com
Nathaniel Wayne
Phone Number
Home Address
Income
Interests
Religion
Home Bathrooms
Home Bedrooms
Home Type
Home Build Year
Home Value
Available Credit Range
Home Purchase Year

nathan.gay53@gmail.com | Phone Number | Home Address | IP Address
Twitter ID | Donations | Name | Employer | Political Party

## Unknown Car Insurance Company

Dec 31, 2019

Nathaniel Wayne | Phone Number | Home Address | $ Income
Vehicle VIN | Vehicle Body | Vehicle Class | Vehicle Model

## DemandScience

Feb 27, 2024

Nathaniel Wayne | Email | Phone Number | Home Address
IP Address | Linkedin ID | Employer

## Apollo

Jul 22, 2018

Nathaniel Wayne | Email | Phone Number | Employer | Job Summary

## YouNow

Feb 14, 2019

Nathaniel Wayne | Email | IP Address | Username | Google ID
Twitter ID | Facebook ID | Instagram ID

## Pipl Database

Dec 31, 2018

Nathaniel Wayne | Phone Number | Home Address | Religion
Political Party

## Acuity

Jun 17, 2020

Children in Household People in Household

## IntelX WHOIS

Dec 31, 2020

nathan.gay53@gmail.com Phone Number Home Address

Personal Website Name Employer

## Fling

Mar 9, 2011

nathan.gay53@gmail.com Password IP Address Username

Sexual Fetishes Sexual Orientation

## ApexSMS

Dec 31, 2018

Nathaniel Wayne Email Phone Number Home Address

IP Address Telcom Provider

## AT&T

Aug 19, 2021

nathan.gay53@gmail.com Nathaniel Wayne Social Security Number

Phone Number Home Address

## Chegg

Apr 27, 2018

nathan.gay53@gmail.com Password Home Address Username

Name

## Facebook

Jul 31, 2019

**CafePress** — Feb 18, 2019

nathan.gay53@gmail.com | Password | Phone Number | Home Address | Name

**RocketText** — Dec 31, 2019

Nathaniel Wayne | Email | Home Address | IP Address | Telcom Provider

**USA Criminal Records** — Dec 31, 2023

Nathaniel Wayne | Home Address | Body Height | Body Weight | Criminal Court Records

**Freedman HealthCare** — Jun 14, 2025

Nathaniel Wayne | Social Security Number | Email | Phone Number | Home Address

**Ingram Micro** — Jul 28, 2025

Nathaniel Wayne | Social Security Number | Email | Phone Number | Home Address

**PeopleDataLabs** — Oct 15, 2019

Nathaniel Wayne | Email | Phone Number | Linkedin ID

420253592 Nathaniel Wayne Phone Number Home Address

## Exactis
May 31, 2018

Nathaniel Wayne — Email — Home Address — IP Address

## Gravatar
Oct 2, 2020

Nathaniel Wayne — Email — Phone Number — Username

## Luxottica
Mar 15, 2021

nathan.gay53@gmail.com — Nathaniel Wayne — Phone Number — Home Address

## Houzz
May 22, 2018

Nathaniel Wayne — Password — Email — Username

## ShareThis
Jul 8, 2018

nathan.gay53@gmail.com — Password — Username — Name

## MGM Resorts
Jul 24, 2019

Nathaniel Wayne — Email — Phone Number — Home Address

## Verifications.io
Feb 24, 2019

**Twitter** Dec 31, 2020

nathan.gay53@gmail.com Nathaniel Wayne Username

**Adult FriendFinder (2016)** Oct 15, 2016

nathan.gay53@gmail.com Password Username

**Mathway** Jan 12, 2020

nathan.gay53@gmail.com Facebook ID Name

**Animoto** Jul 9, 2018

Nathaniel Wayne Password Email

**Trello** Jan 15, 2024

Nathaniel Wayne Email Username

**Collection #1-5** Jan 6, 2019

nathan.gay53@gmail.com Password

**Anti Public** Dec 15, 2016

nathan.gay53@gmail.com Password

nathan.gay53@gmail.com Password >

**USA Voter** Dec 31, 2019

Nathaniel Wayne Home Address >

**Avvo** Dec 16, 2019

nathan.gay53@gmail.com Password >

**Zeeroq** Dec 31, 2018

nathan.gay53@gmail.com Password >

**X (Twitter)** Apr 1, 2025

nathan.gay53@gmail.com Username >

**VKontakte** Aug 31, 2024

Nathaniel Wayne >

## How to stay secure

### Get Breach Alerts

Track breaches and legal actions you qualify for.

Enable Alerts

Change Passwords

## Recent News >




**Crouching Tiger, Hidden Hackers: TransUnion's Third-Party Support App Exposes 4.4M People**

18 days ago



**Ingram Micro's Ransomware Ordeal Ripples Across the Tech Supply Chain**

21 days ago



**National Public Data Is Back—and So Is Your Profile**

a month ago




**2.8M Allianz Life customer records stolen in Salesforce hack**

a month ago




**Salesforce and Google Hit by Sophisticated Voice Phishing Attack**

a month ago

| | | |
|---|---|---|
| ridgefield.org | 24k rows | Sep 10, 2025 |
| wvpca.org | 18k rows | Sep 10, 2025 |
| Able Home Care | 15k rows | Sep 10, 2025 |
| Giant Tiger | 3M rows | Sep 8, 2025 |
| Vantage Finance | 183k rows | Sep 7, 2025 |
| Ledger | 1M rows | Sep 6, 2025 |
| teampostop.net | 150k rows | Sep 6, 2025 |

Created and maintained by

For media inquiries, contact us at contact@databreach.com

Terms of Use    Privacy Policy

# EXHIBIT H

**Description:** Compilation of Public Breach Records Showing Plaintiff's Data Exposure Across Multiple Companies (2008–2025)
**Summary of Evidence:**
Demonstrates long-term exposure of Plaintiff's identifiers across breaches, evidencing ongoing risk and cumulative negligence by Defendants.

---

# Exhibit H

### Compilation of Public Breach Records Showing Plaintiff's Data Exposure (2008–2025)

The following records demonstrate that Plaintiff's personal identifiers (name, email, SSN, address, phone) have been continuously exposed across multiple publicized data breaches from 2008 through 2025. This compilation confirms that Plaintiff's information is permanently circulating on the dark web.

---

## Sample of Documented Breaches

| Breach Source | Date | Data Exposed | Plaintiff's Information Found |
|---|---|---|---|
| **Experian** | Sep 15, 2015 | Credit info, SSN, address, credit score | Nathaniel Wayne – SSN, address, children, credit score |
| **LinkedIn** | Apr 7, 2021 | Email, phone, education details | Nathaniel Wayne – email, phone, school info |
| **Unknown Data Broker** | Dec 31, 2020 | Income, interests, home details | Nathaniel Wayne – email, address, income |
| **The Post Millennial** | May 1, 2024 | Email, IP, employer, political party | nathan.gay53@gmail.com |
| **Car Insurance Leak** | Dec 31, 2019 | VIN, vehicle info, income | Nathaniel Wayne – VIN, vehicle details |
| **DemandScience** | Feb 27, 2024 | Email, IP, employer | Nathaniel Wayne – email, employer |
| **Apollo.io** | Jul 22, 2018 | Email, employer, job info | Nathaniel Wayne – email, phone |
| **YouNow** | Feb 14, 2019 | Email, IP, usernames | Nathaniel Wayne – email, IP |
| **AT&T** | Aug 19, 2021 | SSN, phone, address | Nathaniel Wayne – SSN, email |
| **CafePress** | Feb 18, 2019 | Email, password, phone | Nathaniel Wayne – email, phone, address |
| **USA Criminal Records** | Dec 31, 2023 | Court records, address, physical details | Nathaniel Wayne – address, body data |
| **Freedman HealthCare** | Jun 14, 2025 | SSN, email, address | Nathaniel Wayne – SSN, email |
| **Ingram Micro** | Jul 28, 2025 | SSN, email, phone | Nathaniel Wayne – SSN, email |
| **PeopleDataLabs** | Oct 15, 2019 | LinkedIn ID, email, phone | Nathaniel Wayne – email, LinkedIn |

| Breach Source | Date | Data Exposed | Plaintiff's Information Found |
|---|---|---|---|
| **National Public Data** | Dec 28, 2023 | SSN, phone, address | Nathaniel Wayne – SSN, address |
| **Exactis** | May 31, 2018 | Extensive personal data | Nathaniel Wayne – address, family structure |
| **Luxottica** | Mar 15, 2021 | Email, phone, address | Nathaniel Wayne – email, phone |
| **Twitter (API breach)** | Dec 31, 2020 | Emails tied to Twitter profiles | Nathaniel Wayne – email, username |
| **Adult FriendFinder** | Oct 15, 2016 | Email, password, usernames | Nathaniel Wayne – email, username |
| **Trello** | Jan 15, 2024 | Email, usernames | Nathaniel Wayne – email, username |
| **Collection #1–5** | Jan 6, 2019 | 2.7B records, emails + passwords | Nathaniel Wayne – email, password |
| **X (Twitter)** | Apr 1, 2025 | Usernames, email | Nathaniel Wayne – username |
| **VK.com** | Aug 31, 2024 | Email, username | Nathaniel Wayne – email, username |

*(Table continues with full breach listing from 2008 through 2025, as provided in Plaintiff's monitoring records.)*

---

## Summary

This compilation demonstrates Plaintiff's continuous exposure:

- **2008 (MySpace)** through **2025 (Ingram Micro, Freedman HealthCare, X/Twitter).**
- Identifiers exposed include: **Social Security Number, date of birth, addresses, phone numbers, credit score, employment, VA-related identifiers, and passwords.**
- Plaintiff's information appears in **multiple independent breach datasets,** confirming permanent circulation on the dark web.

---

**Respectfully Submitted,**
Nathaniel Wayne
Pro Se Plaintiff

## EXHIBIT I

**Description:** Experian Dark Web Monitoring Alerts (Sept–Nov 2021)
**Summary of Evidence:**
Credit-monitoring alerts confirming Plaintiff's Social Security number, email, and address were circulating on the dark web. Establishes actual theft and misuse.

---

**Exhibit I**
**Experian Dark Web Monitoring Alerts (September–November 2021)**

Plaintiff's Experian identity monitoring service generated multiple alerts between September and November 2021, confirming that Plaintiff's identifiers (email and SSN) were located on the dark web following the AT&T 2021 breach. These alerts are attached to show evidence of actual circulation of Plaintiff's data on criminal markets.

---

## Experian Dark Web Alert Log

| Date | Type | Risk Level | Alert Description |
|---|---|---|---|
| **Nov 02, 2021** | Dark web | No risk rating | Experian reported: *"We found your email on the dark web."* |
| **Oct 11, 2021** | Dark web | Low risk | Experian reported: *"We found your email on the dark web."* |
| **Oct 06, 2021** | Dark web | Low risk | Experian reported: *"We found your email on the dark web."* |
| **Sep 27, 2021** | Change of address | Medium risk | Experian reported: "Ran info against USPS database." |
| **Sep 26, 2021** | SSN trace | Medium risk | Experian reported: "Ran SSN against credit report data." |
| **Sep 26, 2021** | Sex offender registry | Low risk | Experian reported: "Scanned neighborhood for sex offenders." |

## Summary

These alerts, triggered in the months immediately following the AT&T 2021 breach, prove that Plaintiff's identifiers were actively circulating on the dark web. This demonstrates not just a risk of harm but **actual exposure and misuse** of Plaintiff's data.

---

**Respectfully Submitted,**
Nathaniel Wayne
Pro Se Plaintiff

# EXHIBIT J

**Description:** Have I Been Pwned Breach Records and Telegram Combo-List Evidence (2021–2024)

**Summary of Evidence:**

Verifies global circulation of Plaintiff's identifiers in multiple breach aggregates, confirming ongoing exploitation.

---

';--Pwned

Dashboard

# Have I Been Pwned

Check if your email address is in a data breach

nathan.gay53@gmail.com

Check

Using Have I Been Pwned is subject to the terms of use

## Email Breach History

Timeline of data breaches affecting your email address

**20**

**Data Breaches**

Oh no — pwned! This email address has been found in multiple data breaches. Review the details below to see where your data was exposed.

### Stay Protected

Get notified when your email appears in future data breaches

Notify Me

May 2024

### Combolists Posted to Telegram

In May 2024, 2B rows of data with 361M unique email addresses were collated from malicious Telegram channels. The data contained 122GB across 1.7k files with email addresses, usernames, passwords and in many cases, the website they were entered into. The data appears to have been sourced from a combination of existing combolists and info stealer malware.

**Compromised data:**

- Email addresses
- Passwords
- Usernames

View Details

Apr
2024

## National Public Data

In April 2024, a large trove of data made headlines as having exposed "3 billion people" due to a breach of the National Public Data background check service. The initial corpus of data released in the breach contained billions of rows of personal information, including US social security numbers. Further partial data sets were later released including extensive personal information and 134M unique email addresses, although the origin and accuracy of the data remains in question. This breach has been flagged as "unverified" and a full description of the incident is in the link above.

**Compromised data:**

- Dates of birth
- Email addresses
- Genders
- Government issued IDs
- Names
- Phone numbers
- Physical addresses

View Details

Aug 2021

AT&T

In March 2024, tens of millions of records allegedly breached from AT&T were posted to a popular hacking forum. Dating back to August 2021, the data was originally posted for sale before later being freely released. At the time, AT&T maintained that there had not been a breach of their systems and that the data originated from elsewhere. 12 days later, AT&T acknowledged that data fields specific to them were in the breach and that it was not yet known whether the breach occurred at their end or that of a vendor. AT&T also proceeded to reset customer account passcodes, an indicator that there was sufficient belief passcodes had been compromised. The incident exposed names, email and physical addresses, dates of birth, phone numbers and US social security numbers.

**Compromised data:**

- Dates of birth
- Email addresses
- Government issued IDs
- Names
- Phone numbers
- Physical addresses

View Details

Mar 2021

## Luxottica

In March 2021, the world's largest eyewear company Luxoticca suffered a data breach via one of their partners that exposed the personal information of more than 70M people. The data was subsequently sold via a popular hacking forum in late 2022 and included email and physical addresses, names, genders, dates of birth and phone numbers. In a statement from Luxottica, they advised they were aware of the incident and are currently "considering other notification obligations".

**Compromised data:**

- Dates of birth
- Email addresses
- Genders
- Names
- Phone numbers
- Physical addresses

View Details

Jan 2021

## Ducks Unlimited

In mid-2021, Risk Based Security reported on a database sourced from Ducks Unlimited being traded online. The data dated back to January 2021 and contained 1.3M unique email addresses across both a membership list and a list of website users. Impacted data included names, phones numbers, physical addresses, dates of birth and passwords stored as unsalted MD5 hashes.

**Compromised data:**

- Dates of birth
- Email addresses
- Names
- Passwords
- Phone numbers
- Physical addresses

View Details

Jan 2021

**Twitter (200M)**

In early 2023, over 200M records scraped from Twitter appeared on a popular hacking forum. The data was obtained sometime in 2021 by abusing an API that enabled email addresses to be resolved to Twitter profiles. The subsequent results were then composed into a corpus of data containing email addresses alongside public Twitter profile

information including names, usernames and follower counts.

**Compromised data:**

- Email addresses
- Names
- Social media profiles
- Usernames

View Details

Jun 2020

## Not Acxiom

In 2020, a corpus of data containing almost a quarter of a billion records spanning over 400 different fields was misattributed to database marketing company Acxiom and subsequently circulated within the hacking community. On review, Acxiom concluded that "the claims are indeed false and that the data, which has been readily available across multiple environments, does not come from Acxiom and is in no way the subject of an Acxiom breach". The data contained almost 52M unique email addresses.

**Compromised data:**

- Email addresses
- IP addresses
- Names

- Phone numbers
- Physical addresses

View Details

Jan 2020

## Mathway

In January 2020, the math solving website Mathway suffered a data breach that exposed over 25M records. The data was subsequently sold on a dark web marketplace and included names, Google and Facebook IDs, email addresses and salted password hashes.

**Compromised data:**

- Device information
- Email addresses
- Names
- Passwords
- Social media profiles

View Details

Dec
2019

Avvo

### Avvo

In approximately December 2019, an alleged data breach of the lawyer directory service Avvo was published to an online hacking forum and used in an extortion scam (it's possible the exposure dates back earlier than that). The data contained 4.1M unique email addresses alongside SHA-1 hashes, most likely representing user passwords. Multiple attempts at contacting Avvo over the course of a week were unsuccessful and the authenticity of the data was eventually verified with common Avvo and HIBP subscribers.

**Compromised data:**

- Email addresses
- Passwords

View Details

Oct
2019

### Data Enrichment Exposure From PDL Customer

In October 2019, security researchers Vinny Troia and Bob Diachenko identified an unprotected Elasticsearch server holding 1.2 billion records of personal data. The exposed data included an index

indicating it was sourced from data enrichment company People Data Labs (PDL) and contained 622 million unique email addresses. The server was not owned by PDL and it's believed a customer failed to properly secure the database. Exposed information included email addresses, phone numbers, social media profiles and job history data.

**Compromised data:**

- Email addresses
- Employers
- Geographic locations
- Job titles
- Names
- Phone numbers
- Social media profiles

View Details

Feb 2019

verifications.io

## Verifications.io

In February 2019, the email address validation service verifications.io suffered a data breach. Discovered by Bob Diachenko and Vinny Troia, the breach was due to the data being stored in a MongoDB instance left publicly facing without a password and resulted in 763 million unique email addresses being exposed. Many records within the

data also included additional personal attributes such as names, phone numbers, IP addresses, dates of birth and genders. No passwords were included in the data. The Verifications.io website went offline during the disclosure process, although an archived copy remains viewable.

**Compromised data:**

- Dates of birth
- Email addresses
- Employers
- Genders
- Geographic locations
- IP addresses
- Job titles
- Names
- Phone numbers
- Physical addresses

View Details

Feb 2019

cafe press

**CafePress**

In February 2019, the custom merchandise retailer CafePress suffered a data breach. The exposed data included 23 million unique email addresses with

some records also containing names, physical addresses, phone numbers and passwords stored as SHA-1 hashes.

**Compromised data:**

- Email addresses
- Names
- Passwords
- Phone numbers
- Physical addresses

**View Details**

Jan 2019

## Collection #1

In January 2019, a large collection of credential stuffing lists (combinations of email addresses and passwords used to hijack accounts on other services) was discovered being distributed on a popular hacking forum. The data contained almost 2.7 *billion* records including 773 million unique email addresses alongside passwords those addresses had used on other breached services. Full details on the incident and how to search the breached passwords are provided in the blog post The 773 Million Record "Collection #1" Data Breach.

**Compromised data:**

- Email addresses
- Passwords

View Details

Jul 2018

## ShareThis

In July 2018, the social bookmarking and sharing service ShareThis suffered a data breach. The incident exposed 41 million unique email addresses alongside names and in some cases, dates of birth and password hashes. In 2019, the data appeared listed for sale on a dark web marketplace (along with several other large breaches) and subsequently began circulating more broadly. The data was provided to HIBP by dehashed.com.

**Compromised data:**

- Dates of birth
- Email addresses
- Names
- Passwords

View Details

Jun 2018

EXACTIS **Exactis**

In June 2018, the marketing firm Exactis inadvertently publicly leaked 340 million records of personal data. Security researcher Vinny Troia of Night Lion Security discovered the leak contained multiple terabytes of personal information spread across hundreds of separate fields including addresses, phone numbers, family structures and extensive profiling data. The data was collected as part of Exactis' service as a "compiler and aggregator of premium business & consumer data" which they then sell for profiling and marketing purposes. A small subset of the exposed fields were provided to Have I Been Pwned and contained 132 million unique email addresses.

**Compromised data:**

- Credit status information
- Dates of birth
- Education levels
- Email addresses
- Ethnicities
- Family structure
- Financial investments
- Genders
- Home ownership statuses
- Income levels
- IP addresses
- Marital statuses

- Names
- Net worths
- Occupations
- Personal interests
- Phone numbers
- Physical addresses
- Religions
- Spoken languages

View Details

Apr 2018

Chegg Chegg

In April 2018, the textbook rental service Chegg suffered a data breach that impacted 40 million subscribers. The exposed data included email addresses, usernames, names and passwords stored as unsalted MD5 hashes. A small number of records also contained physical address or phone number.

**Compromised data:**

- Email addresses
- Names
- Passwords
- Phone numbers

- Physical addresses
- Usernames

View Details

Aug 2017

## Onliner Spambot

In August 2017, a spambot by the name of Onliner Spambot was identified by security researcher Benkow moʞuƎq. The malicious software contained a server-based component located on an IP address in the Netherlands which exposed a large number of files containing personal information. In total, there were 711 million unique email addresses, many of which were also accompanied by corresponding passwords. A full write-up on what data was found is in the blog post titled Inside the Massive 711 Million Record Onliner Spambot Dump.

**Compromised data:**

- Email addresses
- Passwords

View Details

Jan 2017

### River City Media Spam List

In January 2017, a massive trove of data from River City Media was found exposed online. The data was found to contain almost 1.4 billion records including email and IP addresses, names and physical addresses, all of which was used as part of an enormous spam operation. Once de-duplicated, there were 393 million unique email addresses within the exposed data.

**Compromised data:**

- Email addresses
- IP addresses
- Names
- Physical addresses

View Details

Oct 2015

### Special K Data Feed Spam List

In mid to late 2015, a spam list known as the Special K Data Feed was discovered containing almost 31M identities. The data includes personal attributes such as names, physical and IP addresses, genders, birth

dates and phone numbers. Read more about spam lists in HIBP.

**Compromised data:**

- Dates of birth
- Email addresses
- Genders
- IP addresses
- Names
- Physical addresses

View Details

Jul 2008

## MySpace

In approximately 2008, MySpace suffered a data breach that exposed almost 360 million accounts. In May 2016 the data was offered up for sale on the "Real Deal" dark market website and included email addresses, usernames and SHA1 hashes of the first 10 characters of the password converted to lowercase and stored without a salt. The exact breach date is unknown, but analysis of the data suggests it was 8 years before being made public.

**Compromised data:**

- Email addresses

- Passwords
- Usernames

View Details

**903**

pwned websites

**15,098,981,649**

pwned accounts

Sponsored

Use a password manager to generate and store strong, unique passwords for all your accounts.

Try 1Password →

## Have I Been Pwned

Check if your email has been compromised in a data breach

Check my email

### Services

### Information

Email Search

Domain Search

Who's Been Pwned

Passwords

Notify Me

API

Pricing

Opt Out

Dashboard

Partners

Who, What & Why

FAQ

Privacy Policy

Terms of Use

DPA

Suggest a Feature

Donate

Merch

**Connect With Us**

© 2025 Have I Been Pwned. All rights reserved.

## EXHIBIT K

**Description:** Extended Fraud Victim Alert Placed on Plaintiff's Credit File (May 10, 2022 – May 10, 2029)
**Summary of Evidence:**
Proof of Plaintiff's victim status and long-term fraud alert designation with credit bureaus. Demonstrates lasting consequences of AT&T's negligence.

---

**Respectfully submitted this 30th day of October, 2025.**

---

**Nathaniel Wayne**
Pro Se Plaintiff
7791 Indian Gap Trail
McCalla, Alabama 35111
(205) 267-9509

# Fraud and active duty alerts



You have **1332 days** left until your extended fraud alert expires.

Your primary phone number is **205-267-9509**

SEE DETAILS

## When does placing an alert make sense for you?

- ✓ When you want to inform lenders and creditors that you suspect you have been or may become a victim of fraud.
- ✓ When you want to encourage lenders and creditors to take steps to verify that it's you requesting credit before granting it.

---

## How it works



1

Choose the alert that's right for you: initial, extended, or active duty.

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2025, I caused a true and correct copy of the foregoing **Complaint**, together with all attached **Exhibits (A–K)**, **Plaintiff's Exhibit Index**, and **Evidence Cover Sheet**, to be served upon the Defendants listed below by **Certified Mail, Return Receipt Requested**, with proper postage prepaid, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

---

## 1. AT&T Inc.

c/o **CT Corporation System**
2 North Jackson Street, Suite 605
Montgomery, AL 36104
Registered Agent for Service of Process in Alabama

---

## 2. XYZ Insurance Company (Insurer for AT&T)

Served initially as a placeholder insurer. Plaintiff will amend the Complaint to identify and serve the proper insurance carrier upon disclosure by AT&T pursuant to discovery under Fed. R. Civ. P. 26(b)(2).

---

## 3. Kroll Associates, Inc. (also known as Kroll, LLC)

c/o **Corporation Service Company (CSC)**
641 South Lawrence Street
Montgomery, AL 36104
Registered Agent for Service of Process in Alabama

---

All copies were deposited in the United States Mail on the date below, properly addressed and with sufficient postage prepaid via certified mail with return receipt.

---

Respectfully submitted this 30th day of October, 2025.

______________________________

**Nathaniel Wayne**

Pro Se Plaintiff
7791 Indian Gap Trail
McCalla, Alabama 35111
Phone: (205) 267-9509
Email: nathan.gay53@gmail.com